Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| **Charles Lee Moultrie JR.** <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> **Pensacola Police Department** <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. **3:21cv1052-LC-HTC** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☑ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

FILED USDC FLND PN
SEP 22 '21 PM 12:34

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Charle Lee Moultrie JR.
  Address: P.O. Box 17800 - Escambia County Jail
  City: Pensacola   State: Fla.   Zip Code: 32522
  County: Escambia County
  Telephone Number:
  E-Mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Pensacola Police Department
  Job or Title (if known):
  Address: 711 North Hayne Street
  City: Pensacola   State: Fla.   Zip Code: 32501
  County: Escambia County
  Telephone Number:
  E-Mail Address (if known):
  [ ] Individual capacity   [x] Official capacity

  Defendant No. 2
  Name: Patrick D. Kelly
  Job or Title (if known): Police Officer of Pensacola Police Department
  Address: 711 North Hayne Street
  City: Pensacola   State: Fla.   Zip Code: 32501
  County: Esambia County
  Telephone Number:
  E-Mail Address (if known):
  [x] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |City | State | Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |City | State | Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*4th Amendment, 5th Amendment* ████████ *14th Amendment*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Police officers who are to protect citizens and serve the laws

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Days Inn @ 710 North Palofox street Room #168

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 03, 2020 - ▉▉▉ (11:39 Am) - (5:30 PM)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 11/03/2020 an officer of the Pensacola Police Department (Patrick Kelly) along with several other officers violated my fourth Amendment Right by illegally searching my resident and my personal Items without a search warrant or and without probable cause. Also violated my fourteenth Amendment by Depriving me of my freedom. Questioning me without Reading me my Miranda Rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the state to compensate me for the following and the amounts are included:

$42,900 for lost of wages
$109,500 for false incarceration
$182,500 for slander of character

Total Amount: $334,900

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-17-2021

Signature of Plaintiff: *Charles L. Moultrie JR.*
Printed Name of Plaintiff: Charles L. Moultrie JR.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

1) On 11-03-2020 while leaving my Resident at the Days Inn Motel Room #168 710 N. Palafox Street. I was approached and questioned by Sergant Fox as to my idenity and if I was Renting a room at the Days Inn. The questions were to infact try to justify probable cause by way of entrapment, as the officer already knew my Idenity and that I was in fact Renting a room my room was searched my officer Patrick Kelly and several other officers of the Pensacola Police Department befor a warrant to search the premisis and in fact without my consent.or without Reasonable suspicion that I had committed a crime. Not only was the premisis was searched without a search warrant personal Items as well. My personal property to was seized (cell phone) and other personal Item were destroyed or stolen personal Items such as:

1. 10 Pair of Athletic shoe valued at $250.00 per Pair
2. 72 inch Smart Television valued at $2,200.00
3. Xbox 1 valued At $450.00
4. Video Game Disc the amount 10 valued at $60.00 per Disc

Total Value $3,100.00

Charles Moultrie
Escambia County Jail
3C-206-B
P.O. Box 17800
Pensacola, FL 32522



Mailed From The
Escambia County Jail
Dorm C

RECEIVED SEP 22 2021

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665

Mailed From The
Escambia County Jail
Dorm C

Mailed From The
Escambia County Jail
Dorm C