UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LEE MOULTRIE, JR,

    Plaintiff,

v.                              Case No. 3:21cv1052-LC-HTC

PENSACOLA POLICE
  DEPARTMENT,
PATRICK D. KELLY,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on October 29, 2021 (ECF No. 6), recommending dismissal for lack of jurisdiction based on the *Younger* abstention doctrine. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv1052-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 23rd day of December, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**